OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152      JAN 15 2015

$ 00.26⁵

MAILED FROM ZIP CODE 78701

1/6/2015

SANFORD, GERALD      Tr. Ct. No. 2012-CR-10422      WR-82,668-01

On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
INMATE RELEASED
NAME AND SID NUMBER DO NOT MATCH
ITEMS NOT ALLOWED IN THIS FACILITY

GERALD SANFORD
BEXAR COUNTY ADULT - TDC # 523040
200 N. COMAL
SAN ANTONIO, TX 78207

U.TF

AVRS3B 78207